# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-CR-333-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ANTONIO FIELDS, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 24) filed September 27, 2019. Respectfully, the Court finds that the Defendant's motion is not consistent with the Local Rules, especially Local Civil Rule 6.1(c) in that it does not state a proper basis for sealing the pleading in question. The Court will <u>deny</u> the motion without prejudice to bring it again, and encourages counsel for the Defendant to consult the aforementioned Local Rule.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 24) is **DENIED WITHOUT PREJUDICE**.

Signed: September 30, 2019

David C. Keesler
United States Magistrate Judge